# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-16962-ELF

TONAO THERESA JACOBS

235 EAST MARKET STREET

WEST CHESTER, PA 19382

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TONAO THERESA JACOBS

    235 EAST MARKET STREET

    WEST CHESTER, PA 19382

Counsel for debtor(s), by electronic notice only.

    MARK A. CRONIN ESQ
    26 S. CHURCH ST.

    WEST CHESTER, PA 19382-

Date: 11/30/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee