# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     TONOA THERESA JACOBS, | ) | CHAPTER 13 |
| | ) | |
|     DEBTOR. | ) | CASE NO. 17-16962-elf |
| _____ | ) | |

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I served the Debtor's Second Amended Chapter 13 plan to the Office of the U.S. Trustee, counsel of Midfirst Bank (secured creditor/mortgagee), and the Standing Chapter 13 Trustee by way of the ECF system on January 24, 2018.

Date: January 25, 2018

                                             /s/ *Mark A. Cronin*
                                             Mark A. Cronin, Esquire
                                             26 S. Church Street
                                             West Chester, PA 19382
                                             (610) 585-1702
                                             PhilaLaw@aol.com


                                             Attorney for Debtor