FORM #2-06

| | | | | | | |
|---|---|---|---|---|---|---|
| **Check No.** | | | | | | 3655806 |

| From Date | To Date | Acct No | Claim # | Claimant Name | Occ Date | Amount |
|---|---|---|---|---|---|---|
| 11/03/2017 | 11/16/2017 | 185 | 1850001267 | TONOA JACOBS | 11/02/2017 | $1,148.72 |

**Comment**
TTD owed

**Examiner**
PPISAMB

*DETACH AND RETAIN THIS STATEMENT*

The attached check is in payment of items described above.
If not correct please notify us promptly. No receipt desired.

FORM #2-06

| Check No. | 3659299 |
|---|---|

| From Date | To Date | Acct No | Claim # | Claimant Name | Occ Date | Amount |
|---|---|---|---|---|---|---|
| 11/17/2017 | 11/30/2017 | 185 | 1850001267 | TONOA JACOBS | 11/02/2017 | $1,148.72 |

**Comment**
2 week TTD owed

**Examiner**
PPISAMB

*DETACH AND RETAIN THIS STATEMENT*

FORM #2-06

Check No.   3666183

| From Date | To Date | Acct No | Claim # | Claimant Name | Occ Date | Amount |
|---|---|---|---|---|---|---|
| 12/15/2017 | 12/28/2017 | 185 | 1850001267 | TONOA JACOBS | 11/02/2017 | $1,148.72 |

**Comment**
2 week TTD owed

**Examiner**
PPISAMB

*DETACH AND RETAIN THIS STATEMENT*
The attached check is in payment of items described above
If not correct please notify us promptly. No receipt desired.
NON NEGOTIABLE

FORM #2-0(

Check No.    3662949

| From Date | To Date | Acct No | Claim # | Claimant Name | Occ Date | Amount |
|---|---|---|---|---|---|---|
| 12/01/2017 | 12/14/2017 | 185 | 1850001267 | TONOA JACOBS | 11/02/2017 | $1,148.72 |

**Comment**
2 week TTD owed

**Examiner**
PPISAMB

*DETACH AND RETAIN THIS STATEMENT*

Check No.  3669400

| From Date | To Date | Acct No | Claim # | Claimant Name | Occ Date | Amount |
|---|---|---|---|---|---|---|
| 12/29/2017 | 01/11/2018 | 185 | 1850001267 | TONOA JACOBS | 11/02/2017 | $1,148.72 |

**Comment**
2 week TTD owed

**Examiner**
PPISAMB

## DETACH AND RETAIN THIS STATEMENT

The attached check is in payment of items described above.
If not correct please notify us promptly. No receipt desired.
NON NEGOTIABLE