# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | TONOA T. JACOBS | : |
| | | :    **CHAPTER 13** |
| | | : |
| | DEBTOR. | :    Case No. 17-16962-elf |

## CERTIFICATE OF NO RESPONSE WITH RESPECT TO DEBTOR'S APPLICATION FOR COMPENSATION

Debtor's undersigned counsel hereby certifies that no response has been filed with respect to his Application for Compensation. Debtor's counsel served the Application to the U.S. Trustee's Office, counsel for MidFirst Bank, and the Standing Chapter 13 Trustee through the ECF and served the Notice of Fee Application to the Debtor and all other creditors in this case by first class mail and no response has been filed after over 21 days elapsing since service. Moreover, counsel certifies that no party-in-interest has objected or responded to said Application and no application for administrative expenses has been filed with the Court.

Respectfully submitted,

/s/ *Mark A. Cronin*
Mark A Cronin, Esquire
26 S. Church Street
West Chester, PA 19382
(610) 585 -1702
Philalaw@aol.com
Attorney for Debtor

DATED: February 28, 2018