**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   TONOA THERESA JACOBS,   :   Chapter 13
                                 :
         Debtor                  :   Bky. No. 17-16962 LF

**ORDER CONFIRMING PLAN UNDER CHAPTER 13**

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A.    a meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

    B.    the plan complies with the provisions of 11 U.S.C. §§1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C.    any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED, SUBJECT TO THE FOLLOWING**: Paragraph 7(c)(5) is **SUPPLEMENTED** to provide that in the event that a sale of the Real Property has not been consummated by the expiration of the Sale Deadline, this case will be dismissed upon request of the Trustee or a party in interest.[1]

Date: **February 27, 2018**

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

---

1.   See In re Shafer, 99 B.R. 352, 355 (W.D. Mich. 1989); In re Brewery Park Associates, L.P., 2011 WL 1980289, at *4 n.4 (Bankr. E.D. Pa. Apr. 29, 2011); see also In re T-H New Orleans Ltd. Partnership, 188 B.R. 799, 809 (E.D. La. 1995) (court may condition confirmation on conditions that do not substantially alter the plan).