# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|     TONOA THERESA JACOBS, ) | CHAPTER 13 |
| ) | |
|     DEBTOR. ) | CASE NO. 17-16962-elf |
| _____) | |

## ORDER APPROVING DEBTOR'S COUNSEL'S APPLICATION FOR COMPENSATION

**AND NOW,** upon consideration of Debtor's counsel's Application for Compensation under Section 330 of the Bankruptcy Code and no objections or opposition to said application being filed, it is hereby

**ORDERED** that the Application is **GRANTED** and that Applicant Mark A. Cronin, Esq. is **ALLOWED $3,000.00** in compensation as an administrative expense in this case.

DATE: 3/2/18

_____
Eric L. Frank
U.S. Bankruptcy Judge