United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 17-16962-elf
Tonoa Theresa Jacobs    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Mar 02, 2018
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.
db        +Tonoa Theresa Jacobs,   235 East Market Street,   West Chester, PA 19382-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2018 at the address(es) listed below:
          MARK A. CRONIN    on behalf of Debtor Tonoa Theresa Jacobs PhilaLaw@aol.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                        TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                )
    TONOA THERESA JACOBS,    )    CHAPTER 13
                    )
    DEBTOR.    )    CASE NO. 17-16962-elf
_____)

## ORDER APPROVING DEBTOR'S COUNSEL'S APPLICATION FOR COMPENSATION

**AND NOW,** upon consideration of Debtor's counsel's Application for Compensation under Section 330 of the Bankruptcy Code and no objections or opposition to said application being filed, it is hereby

**ORDERED** that the Application is **GRANTED** and that Applicant Mark A. Cronin, Esq. is **ALLOWED $3,000.00** in compensation as an administrative expense in this case.

DATE: 3/2/18

_____
Eric L. Frank
U.S. Bankruptcy Judge