# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tonoa Theresa Jacobs <br>                        Debtor <br><br> MIDFIRST BANK <br>                        Movant <br>    vs. <br><br> Tonoa Theresa Jacobs <br>                        Debtor <br><br> William C. Miller Esq. <br>                        Trustee | CHAPTER 13 <br><br><br> NO. 17-16962 ELF <br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of MIDFIRST BANK, which was filed with the Court on or about February 2, 2018 (Document No. 31).

                                      Respectfully submitted,

                                      **/s/ Rebecca A. Solarz, Esquire**
                                      Rebecca A. Solarz, Esquire
                                      Attorney for Movant
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      215-627-1322

March 19, 2018