UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     TANOA THERESA JACOBS, | ) | CHAPTER 13 |
| | ) | |
|     DEBTOR. | ) | CASE NO. 17-16962-elf |
| _____ | ) | |

**CERTIFICATE OF NO RESPONSE WITH RESPECT TO DEBTOR'S MOTION TO EMPLOY REALTOR**

Debtor's undersigned counsel hereby certifies that no response has been filed with respect to Debtor's Motion to Employ Realtor. Accordingly, Movant's counsel respectfully requests that the Court grant the relief requested without a hearing in accordance with Local Bankruptcy Rule 9015-3(j).

                                                  Respectfully submitted,

Dated: August 28, 2018                           /s/ *Mark A. Cronin*_____
                                                                        Mark A. Cronin, Esquire
                                                                           26 S. Church Street
                                                                           West Chester, PA 19382
                                                                           (610) 585-1702
                                                                           PhilaLaw@aol.com
                                                                           Attorney for Debtor