# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | TONOA T. JACOBS | : |
| | | : CHAPTER 13 |
| | | : |
| | DEBTOR. | : Case No. 17-16962-elf |

## ORDER

**AND NOW,** upon consideration of Debtor's Motion to Employ Real Estate Broker to Sell Realty and no objections or opposition to said motion being filed, it is hereby

**ORDERED** that the motion is **GRANTED** and Owners.com is hereby authorized to list and sell the Debtor's residence located at 235 E. Market Street, West Chester, PA 19382 in accordance with the Debtor's confirmed Chapter 13 plan. Compensation may be paid to Owners.com only upon order of this court after notice and hearing.

Date: 8/29/18

_____
Eric L. Frank
United States Bankruptcy Judge