United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tonoa Theresa Jacobs  
      Debtor

Case No. 17-16962-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Aug 29, 2018  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2018.  
db            +Tonoa Theresa Jacobs,   235 East Market Street,    West Chester, PA 19382-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:  
        MARK A. CRONIN    on behalf of Debtor Tonoa Theresa Jacobs PhilaLaw@aol.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                                                                 TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | TONOA T. JACOBS | : |
| | | : CHAPTER 13 |
| | | : |
| | DEBTOR. | : Case No. 17-16962-elf |

**ORDER**

**AND NOW,** upon consideration of Debtor's Motion to Employ Real Estate Broker to Sell Realty and no objections or opposition to said motion being filed, it is hereby

**ORDERED** that the motion is **GRANTED** and Owners.com is hereby authorized to list and sell the Debtor's residence located at 235 E. Market Street, West Chester, PA 19382 in accordance with the Debtor's confirmed Chapter 13 plan. Compensation may be paid to Owners.com only upon order of this court after notice and hearing.

Date: 8/29/18

_____
Eric L. Frank
United States Bankruptcy Judge