## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      **TONOA THERESA JACOBS,**   :      **Chapter 13**
                                        :
                   **Debtor**        :      **Bky. No.  17-16962 ELF**

## O R D E R

      **AND NOW**, upon consideration of the Debtor's Motion for Leave to Sell Real Property("the Motion")*,* and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1.  The request for an expedited hearing is **GRANTED**.

2.  A  hearing to consider the Motion is scheduled on **October 25, 2018 , at 10:00 a.m., in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107.**

3.  Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4.  The Movant shall serve the Motion and this Order on the case Trustee, all creditors secured by the property being sold and all creditors who have filed proofs of claim **no later than 5:00 p.m. on October 17, 2018** by first class mail or through the court's CM/ECF system.[1]

5.  The Movant  shall file a Certification of Service as required by Local Rule 9014-4.

**Date:  October 16, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

---

[1]      Counsel should note that the filing of a proof of claim, by itself, does not result in electronic service through the CM/ECF system of documents filed on the main case docket.  Such claimants must be served by first class mail.