# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     TONOA THERESA JACOBS, | ) | CHAPTER 13 |
| | ) | |
|     DEBTOR. | ) | CASE NO. 17-16962-elf |
| _____ | ) | |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I served the Order entered October 17, 2018 expediting Debtor's Motion to Sell Real Property for hearing to be held on October 25, 2018 at 10:00 AM at the U.S. Bankruptcy Court in Philadelphia, Courtroom #1 as well as Debtor's Motion to Sell Real Property and all related papers to the Office of the U.S. Trustee, counsel of Midfirst Bank (secured creditor/mortgagee), and the Standing Chapter 13 Trustee by way e-mail 17th day of October, 2018 before 5:00 PM. Additionally, I also mailed by first class mail, postage prepaid, the following priority and unsecured claimants at the addresses below as reflected in the claims register in this case the same documentation referenced above pertaining to the Debtor's Motion to Sell Real Property on October 17, 2018 that were deposited for mailing before 5:00 PM:

T Mobile/T-Mobile USA, Inc.
by American InfoSource LP as agent
P.O. Box 248848
Oklahoma City, OK 73124-8848

Internal Revenue Service
Central Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC as assignee
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

                                                _/s/ *Mark A. Cronin* _____
                                                Mark A. Cronin, Esquire
                                                26 S. Church Street
                                                West Chester, PA 19382
                                                (610) 585-1702
                                                [PhilaLaw@aol.com](mailto:PhilaLaw@aol.com)

                                                Attorney for Debtor