UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    TONOA T. JACOBS    :
:    **CHAPTER 13**
:
DEBTOR.    :    Case No. 17-16962-elf

## ORDER APPROVING SALE OF REAL PROPERTY

**AND NOW**, upon consideration of the Debtor's Motion to Sell Real Property and any response thereto, it is hereby

**ORDERED** that the Debtor's Motion to Sell Real Property is **GRANTED,** and it is further

**ORDERED** that the Agreement of Sale selling Debtor's real property for $225,000.00 and which is appended to the Debtor's Motion is hereby **APPROVED** and it is further

**ORDERED** that Midfirst Bank be paid off its loan secured by its first mortgage lien in full, (quoted to be $115,771.24 as of 11/2/2018), at time of settlement and in the event the sale does not occur on or by October 30, 2018, the sale is to take place within 60 days of this Order granting Debtor's Motion to Sell Real Property or this motion will be deemed **MOOT** and it is hereby

**ORDERED** that the Standing Chapter 13 Trustee in this case, William C. Miller, is be paid $5,000.00 directly from the settlement proceeds to pay all unsecured claims 100% of their allowed claims in this case in accordance the Debtor's confirmed Chapter 13 plan as well as any trustee commission, and it is further

**ORDERED** that the Debtor, less any real estate taxes, commissions, settlement and transactional costs and, after any other liens have been paid at closing, shall be paid over any remaining balance from the sale proceeds.

.

BY THE COURT:

DATE:_____      _____
Eric L. Frank
United States Bankruptcy Judge