United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16962-elf
Tonoa Theresa Jacobs                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Oct 24, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db             +Tonoa Theresa Jacobs,   235 East Market Street,   West Chester, PA 19382-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
              MARK A. CRONIN    on behalf of Debtor Tonoa Theresa Jacobs PhilaLaw@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     TONOA THERESA JACOBS,     :     Chapter 13
                                     :
           Debtor                    :     Bky. No. 17-16962 ELF

# O R D E R

**AND NOW**, upon consideration of the Debtor's Motion for Leave to Sell Real Property("the Motion")*,* and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion is scheduled on **October 25, 2018 , at 10:00 a.m., in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107**.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the case Trustee, all creditors secured by the property being sold and all creditors who have filed proofs of claim **no later than 5:00 p.m. on October 17, 2018** by first class mail or through the court's CM/ECF system.[1]

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: October 16, 2018

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

---

[1] Counsel should note that the filing of a proof of claim, by itself, does not result in electronic service through the CM/ECF system of documents filed on the main case docket. Such claimants must be served by first class mail.