United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-16962-elf
Tonoa Theresa Jacobs                                                    Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Oct 25, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
db             +Tonoa Theresa Jacobs,    235 East Market Street,    West Chester, PA 19382-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              MARK A. CRONIN    on behalf of Debtor Tonoa Theresa Jacobs PhilaLaw@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     TONOA T. JACOBS          :
                                    :     CHAPTER 13
                                    :
           DEBTOR.                  :     Case No. 17-16962-elf

## ORDER APPROVING SALE OF REAL PROPERTY

**AND NOW**, upon consideration of the Debtor's Motion to Sell Real Property and after a hearing, it is hereby

**ORDERED** that the Debtor's Motion to Sell Real Property is **GRANTED,** and it is further

**ORDERED** that the Agreement of Sale selling Debtor's real property for $225,000.00 and which is appended to the Debtor's Motion is hereby **APPROVED** and it is further

**ORDERED** that Midfirst Bank be paid off its loan secured by its first mortgage lien in full, (quoted to be $115,771.24 as of 11/2/2018), at time of settlement and in the event the sale does not occur on or by October 30, 2018, the sale is to take place within 60 days of this Order granting Debtor's Motion to Sell Real Property or this motion will be deemed **MOOT** and it is hereby

**ORDERED** that the Standing Chapter 13 Trustee in this case, William C. Miller, is be paid $5,000.00 directly from the settlement proceeds to pay all unsecured claims 100% of their allowed claims in this case in accordance the Debtor's confirmed Chapter 13 plan as well as any trustee commission, and it is further

**ORDERED** that the Debtor, less any real estate taxes, commissions, settlement and transactional costs and, after any other liens have been paid at closing, shall be paid over any remaining balance from the sale proceeds.

.

DATE: 10/25/18

Eric L. Frank
United States Bankruptcy Judge