United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16962-elf
Tonoa Theresa Jacobs                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Apr 08, 2019
                        Form ID: 206    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.
```
db          +Tonoa Theresa Jacobs,   235 East Market Street,   West Chester, PA 19382-2739
14001498    +Chester County Hospital,   701 E. Marshall Street,   Attn: Financial Dept.,
             West Chester, PA 19380-4421
14001499    +Comcast,   Comcast Center,   1701 JFK Blvd.,   Financial Dept.,   Philadelphia, PA 19103-2856
14030575    +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
14001501    +Midfirst Bank,   c/o KML Law Group, PC,   BNY Independence Center Suite 5000,
             701 Market Street,   Philadelphia, PA 19106-1538
14001504    +Verizon,   1081 West Chester Pike,   West Chester, PA 19382-5049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Apr 09 2019 02:50:42    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 09 2019 02:50:27
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 09 2019 02:50:36    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14001500     E-mail/Text: cio.bncmail@irs.gov Apr 09 2019 02:50:19    Internal Revenue Service,
             Centralized Insolvency Operations,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14062596     E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2019 02:54:19
             LVNV Funding, LLC its successors and assigns as,   assignee of NCO Portfolio Management,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14001502    +E-mail/Text: bankruptcygroup@peco-energy.com Apr 09 2019 02:50:20    PECO,   P.O. Box 37629,
             Philadelphia, PA 19101-0629
14001503     E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Apr 09 2019 02:53:49    T-Mobile,
             P.O. Box 37380,   Albuquerque, NM 87176-7380
14004576     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2019 02:54:47    T Mobile/T-Mobile USA Inc,
             by American InfoSource LP as agent,   PO Box 248848,   Oklahoma City, OK 73124-8848
                                                                                             TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
br              Owners.com
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:
```
              MARK A. CRONIN    on behalf of Debtor Tonoa Theresa Jacobs PhilaLaw@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 4
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Tonoa Theresa Jacobs                               Case No: 17−16962−elf

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 4/8/19

For The Court

Timothy B. McGrath
Clerk of Court

75
Form 206